O 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 1:03CR00494-012 |
| DEFENDANT: | KEANU GALENG |

Judgment - Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWELVE (12) MONTHS and ONE (1) DAY.

[✓] The court makes the following recommendations to the Bureau of Prisons:
1) As soon as the defendant is eligible, he be released to a halfway house; 2) FDC Honolulu.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 1 2006

at ___ o'clock and __30__ min. _A_M
SUE BEITIA, CLERK

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [✓] before 10:00 a.m. on 1/4/06.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on SIS 1-4-06 to FDC Honolulu

at Honolulu, HI, with a certified copy of this judgment.

John T Rothman
WARDEN ~~UNITED STATES MARSHAL~~

By W. Tsai
LIE ~~Deputy U.S. Marshal~~